

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Roy Tonche Carrion,                          * From the 350th District Court
                                               of Taylor County,
                                               Trial Court No. 10893-D.

Vs. No. 11-14-00123-CR                       * April 29, 2016

The State of Texas,                          * Opinion by Wright, C.J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.